UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 09-56-P-H |
| | ) | |
| RONALD WATERMAN | ) | |

## SPEEDY TRIAL ORDER

This matter comes before the court upon the defendant's motion to extend time in which to file pretrial motions from October 21, 2009, to December 21, 2009. In support of this motion, the defendant has represented the following: (1) co-defendant Cory MacDonald's first motion to enlarge deadlines in which to file pretrial motions was filed on behalf of all defendants and joined by all defendants except Adolphus Edwards; (2) co-defendant Cory MacDonald's second agreed-upon motion to enlarge does not appear to be filed on behalf of all defendants; (3) defendant joins in co-defendant MacDonald's second agreed-upon motion to enlarge time to file pretrial motions until December 21, 2009; and (4) the defendant waives his right for a speedy trial pursuant to the Speedy Trial Act, 21 U.S.C. § 3161-65. The government does not object to the motion.

After full consideration of the representations of the parties in this case and after full consideration of the record in this case, the court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the court can and does find that the ends of justice served by the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS HEREBY ORDERED THAT**:

1. The defendant's Motion is hereby **GRANTED**.

2. The time period between October 21, 2009, and December 21, 2009, is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq*.

   **SO ORDERED**.

   Dated: October 21, 2009.
   Portland, Maine.                    /s/  John H. Rich III
                                       John H. Rich III
                                       U.S. Magistrate Judge

2